Joseph A. Boyle
Vincent P. Rao II
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS USA, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 2:11-cv-02582-DMC-JAD<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Zydus Pharmaceuticals USA Inc. states that Zydus International Pvt. Ltd. – Ireland is the parent company, and one hundred percent (100%) owner, of Zydus Pharmaceuticals USA, Inc. Cadila Healthcare Limited, India, an Indian based publicly traded entity, is the one hundred percent (100%) owner of Zydus International Pvt. Ltd. – Ireland and the ultimate parent of Zydus Pharmaceuticals USA, Inc. No publicly held entity owns ten percent (10%) or

1

more of the stock of Cadila Healthcare Limited, India.

Dated:  July 14, 2011                             KELLEY DRYE & WARREN LLP

                                        By:   s/ Vincent P. Rao II
                                              Joseph A. Boyle
                                              Vincent P. Rao II
                                              200 Kimball Drive
                                              Parsippany, New Jersey 07054
                                              (973) 503-5900
                                              *Attorneys for Defendant*
                                              *Zydus Pharmaceuticals USA, Inc.*

                                              Of Counsel:

                                              Steven J. Moore
                                              Kelley Drye & Warren LLP
                                              400 Atlantic Street
                                              Stamford, CT 06901-3229
                                              Phone: (203) 351-8020
                                              Fax: (203) 327-2669